THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WHITNEY BILYEU, individually and as Chair of the LIBERTARIAN PARTY OF TEXAS; MARK ASH; STEPHANIE BERLIN; JOE BURNES; ARTHUR DIBIANCA; KEVIN HALE; DESARAE LINDSEY; ARTHUR THOMAS IV; MARK TIPPETTS; and LIBERTARIAN PARTY OF TEXAS,<br><br>*Plaintiffs,*<br><br>v.<br><br>JOHN B. SCOTT, in his official capacity as the Secretary of State of the State of Texas, and JOSE A. "JOE" ESPARZA, in his official capacity as the Deputy Secretary of State of the State of Texas,<br><br>*Defendants.* | CIVIL ACTION NO. 21-1089 |

**<u>Plaintiffs' Certificate of Interested Parties</u>**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiffs Whitney Bilyeu, Individually and as Chair of the Libertarian Party of Texas; Mark Ash; Stephanie Berlin; Joe Burnes; Arthur Dibianca; Kevin Hale; Desarae Lindsey; Arthur Thomas IV; Mark Tippetts; and Libertarian Party of Texas ("Plaintiffs") certify that the following persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities have an interest in the outcome of this lawsuit:

1. Plaintiff Whitney Bilyeu, Individually and as Chair of the Libertarian Party of Texas.

2. Mark Ash

3. Stephanie Berlin

4. Joe Burnes

5. Arthur Dibianca

6.       Kevin Hale

7.       Desarae Lindsey

8.       Arthur Thomas IV

9.       Mark Tippetts

10.      Libertarian Party of Texas

Counsel for Plaintiffs are as follows:

Jared G. LeBlanc
Texas Bar No. 24046279
jleblanc@gamb.com
Attorney-In-Charge

Of Counsel:

Adam J. Russ
Texas Bar No. 24109435
aruss@gamb.com
Brandon A. O'Quinn
Texas Bar No. 24092914
boquinn@gamb.com

GORDON, ARATA, MONTGOMERY, BARNETT,
  MCCOLLAM, DUPLANTIS & EAGAN, LLC
2229 San Felipe
Suite 1100
Houston, Texas 77019
Tel.: 713.333.5500

11.      John B. Scott, in his official capacity as the Secretary of State of the State of Texas

12.      Jose A. "Joe" Esparza, in his official capacity as the Deputy Secretary of State of the State of Texas

13.      The State of Texas

Counsel for John B. Scott, Jose A. "Joe" Esparza, and the State of Texas have not yet been identified or appeared in this matter.

Dated: December 2, 2021                          Respectfully submitted,

                                                 By: */s/ Jared G. LeBlanc*
                                                     Jared G. LeBlanc
                                                     Texas Bar No. 24046279
                                                     jleblanc@gamb.com

                                                     **Attorney-In-Charge**

OF COUNSEL:

Adam J. Russ
Texas Bar No. 24109435
aruss@gamb.com
Brandon A. O'Quinn
Texas Bar No. 24092914
boquinn@gamb.com

GORDON, ARATA, MONTGOMERY, BARNETT,
  MCCOLLAM, DUPLANTIS & EAGAN, LLC
2229 San Felipe
Suite 1100
Houston, Texas 77019
Tel.: 713.333.5500

**ATTORNEYS FOR PLAINTIFFS**