# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| Whitney Bilyeu, Mark Ash, Stephanie Berlin, | § | |
| Joe Burnes, Arthur Dibianca, Kevin Hale, | § | CIVIL NO: |
| Desarae Lindsey, Arthur Thomas IV, Mark | § | AU:21-CV-01089-RP |
| Tippetts, Libertarian Party of Texas | § | |
| | § | |
| vs. | | |
| | | |
| Jose A. Esparza, John B. Scott | | |

## ORDER SETTING PRELIMINARY INJUNCTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PRELIMINARY INJUNCTION HEARING** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Thursday, February 24, 2022 at 09:00 AM**. All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 18th day of January, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE