THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WHITNEY BILYEU, individually and as Chair of the LIBERTARIAN PARTY OF TEXAS; MARK ASH; STEPHANIE BERLIN; JOE BURNES; ARTHUR DIBIANCA; KEVIN HALE; DESARAE LINDSEY; ARTHUR THOMAS IV; MARK TIPPETTS; and LIBERTARIAN PARTY OF TEXAS,<br><br>*Plaintiffs,*<br><br>v.<br><br>JOHN B. SCOTT, in his official capacity as the Secretary of State of the State of Texas, and JOSE A. "JOE" ESPARZA, in his official capacity as the Deputy Secretary of State of the State of Texas,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § | NO. 1:21-CV-01089-RP |

**Joint Motion for Entry of Agreed Interim Scheduling Order**

Plaintiffs Whitney Bilyeu, Individually and as Chair of the Libertarian Party of Texas; Mark Ash; Stephanie Berlin; Joe Burnes; Arthur DiBianca; Kevin Hale; Desarae Lindsey; Arthur Thomas IV; Mark Tippetts; and Libertarian Party of Texas ("Plaintiffs") and Defendants John B. Scott and Jose A. Esparza ("Defendants") ask the Court to enter the attached Agreed Interim Scheduling Order, which is consistent with the agreements stated on the record at the teleconference with the Court on December 17, 2021.

In addition, because of the number of parties and the constitutional issues this case presents, the parties ask that the Court give them 30-pages for their opening briefs and Plaintiffs 10-pages for a reply brief, should Plaintiffs wish to file one. The parties are aware that brevity is

a virtue, and neither side feels the compulsion to fill pages just because they are available to be filled.

The parties ask the Court to grant this Joint Motion for Entry of Agreed Interim Scheduling Order and enter the attached order in Exhibit "A."

Dated: January 26, 2022

Respectfully submitted,

/s/ Jared G. LeBlanc

Jared G. LeBlanc
Texas Bar No.24046279
jleblanc@gamb.com
Adam J. Russ
Texas Bar No. 24109435
aruss@gamb.com
Brandon A. O'Quinn
Texas Bar No. 24092914
boquinn@gamb.com
GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS & EAGAN, LLC
2229 San Felipe, Suite 1100
Houston, Texas 77019
Phone: 713.333.5500

**ATTORNEYS FOR PLAINTIFFS**

–AND–

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy Attorney General for Civil Litigation

SHAWN COWLES

Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief – General Litigation Division

*/s/ Cory Scanlon*
CORY SCANLON
Texas Bar No. 24104599
Assistant Attorney General
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4072 PHONE
(512) 320-0667 FAX
cory.scanlon@oag.texas.gov

**COUNSEL FOR DEFENDANTS**

### Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon Plaintiff, by and through its counsel of record, electronically through the Clerk's ECF system on January 26, 2022.

*/s/ Jared G. LeBlanc*
Jared G. LeBlanc