THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
January 28, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Julie Golden___
DEPUTY

| | |
|---|---|
| WHITNEY BILYEU, individually and as Chair of the LIBERTARIAN PARTY OF TEXAS; MARK ASH; STEPHANIE BERLIN; JOE BURNES; ARTHUR DIBIANCA; KEVIN HALE; DESARAE LINDSEY; ARTHUR THOMAS IV; MARK TIPPETTS; and LIBERTARIAN PARTY OF TEXAS, § § § § § § § § § | |
| *Plaintiffs,* § § | NO. 1:21-CV-01089-RP |
| v. § § | |
| JOHN B. SCOTT, in his official capacity as the Secretary of State of the State of Texas, and JOSE A. "JOE" ESPARZA, in his official capacity as the Deputy Secretary of State of the State of Texas, § § § § § § § | |
| *Defendants.* § | |

**Agreed Interim Scheduling Order**

Plaintiffs Whitney Bilyeu, Individually and as Chair of the Libertarian Party of Texas; Mark Ash; Stephanie Berlin; Joe Burnes; Arthur DiBianca; Kevin Hale; Desarae Lindsey; Arthur Thomas IV; Mark Tippetts; and Libertarian Party of Texas ("Plaintiffs"), and Defendants John B. Scott and Jose A. "Joe" Esparza ("Defendants") have asked the Court to enter this order. The Court GRANTS IN PART AND DENIES IN PART their motion.

It is therefore ORDERED that the parties will submit briefs relating to Plaintiffs' Application for Preliminary Injunction as follows:

| | |
|---|---|
| February 11, 2022 | Plaintiffs' Brief in Support of their Application for Preliminary Injunction |
| February 21, 2022 | Defendants' Response Brief |

February 23, 2022          Plaintiff's Reply Brief (should Plaintiffs wish to reply)

It is FURTHER ORDERED that all briefs shall be limited to 10-pages.

It is FURTHER ORDERED that all depositions taken in advance of the 24 February 2022 Preliminary Injunction hearing are limited to 3-hours.

It is FURTHER ORDERED that if a party serves written discovery, the responding party will have 7-days from the date of service to object to those requests, and 21-days from the date of service to respond to discovery requests. The parties may seek the Court's resolution of the objections on an expedited basis if they are unable to resolve the objections themselves.

SIGNED on this  28th  day of January 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE