UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WHITNEY BILYEU, MARK ASH, STEPHANIE BERLIN, JOE BURNES, ARTHUR DIBIANCA, KEVIN HALE, DESARAE LINDSEY, ARTHUR THOMASIV, MARK TIPPETTS, LIBERTARIAN PARTY OF TEXAS, *Plaintiffs* | § § § § § § § § § § | No. A-21-CV-01089-RP |
| v. | § § | |
| JOSE A. ESPARZA, IN HIS OFFICIAL CAPACITY AS THE DEPUTY SECRETARY OF STATE OF THE STATE OF TEXAS; AND JOHN B. SCOTT, IN HIS OFFICIAL CAPACITY AS THE SECRETARY OF STATE OF THE STATE OF TEXAS; *Defendants* | § § § § § § § § § § | |

**ORDER**

Before the Court is Plaintiffs' Expedited Motion to Overrule Defendants' Discovery Objections and Compel Production of Documents, Dkt. 22. Having reviewed the Motion, the undersigned enters the following Order.

Defendants are **ORDERED** to **FILE** a Response to Plaintiffs' Motion by **Friday, February 11, 2022, at 12:00 p.m.** The parties are **FURTHER ORDERED** to confer telephonically regarding the issues in Plaintiffs' motion and **FILE** a Joint Advisory reporting the results of this conference with the Court **before 5:00 p.m. on Friday, February 11, 2022.**

1

2

**IT IS FURTHER ORDERED** that the parties are **TO APPEAR** for an in-person hearing before the undersigned on **Monday, February 14, 2022, at 2:00 p.m.** The hearing will last no more than one hour with each side afforded 30 minutes to make its arguments.

SIGNED February 9, 2022.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATGE JUDGE