UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Whitney Bilyeu, et al | § |
| | § CRIMINAL NO: |
| vs. | § AU:21-CV-01089-RP |
| | § |
| Jose A. Esparza, et al | § |

## ORDER CANCELLING MOTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **MOTION HEARING on Monday, February 14, 2022 at 02:00 PM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 11th day of February, 2022.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE