THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WHITNEY BILYEU, individually and as Chair of the LIBERTARIAN PARTY OF TEXAS, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> JOHN B. SCOTT, in his official capacity as the Secretary of State of the State of Texas, et al., <br><br> *Defendants.* | § § § § § § § § § § § § § § § | No. 1:21-cv-01089-RP |

## PLAINTIFFS' OBJECTIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS

Plaintiffs Whitney Bilyeu, individually and as Chair of the Libertarian Party of Texas, the Libertarian Party of Texas ("LPTexas"), Mark Ash, Stephanie Berlin, Joe Burnes, Arthur DiBianca, Kevin Hale, Desarae Lindsey, Arthur Thomas IV, and Mark Tippetts (collectively, "Libertarians") file their Objections and Defendants' Deposition Designations as follows. These objections are being filed with Court's leave and in light of its pre-trial rulings.

A. Mark Ash

| Page/Line | Objection/Counter-Designation | Sustained | Overruled |
|---|---|---|---|
| 20:22–21:3 | FRE 401; this testimony is not relevant because it will not tend to make any fact more or less probable and it would be without the testimony, and the subject of the testimony is of no consequence in determining the issue pending before the Court. | | |

### B. Whitney Bilyeu

| Page/Line | Objection/Counter-Designation | Sustained | Overruled |
|---|---|---|---|
| 30:4–10 | FRE 401; this testimony is not relevant because it will not tend to make any fact more or less probable and it would be without the testimony, and the subject of the testimony is of no consequence in determining the issue pending before the Court. | | |
| 39:12–40:10 | FRE 401; this testimony is not relevant because it will not tend to make any fact more or less probable and it would be without the testimony, and the subject of the testimony is of no consequence in determining the issue pending before the Court. | | |

### C. Arthur DiBianca

| Page/Line | Objection/Counter-Designation | Sustained | Overruled |
|---|---|---|---|
| 10:5–11:19 | FRE 401; this testimony is not relevant because it will not tend to make any fact more or less probable and it would be without the testimony, and the subject of the testimony is of no consequence in determining the issue pending before the Court. | | |
| 69:11–73:24 | FRE 401; this testimony is not relevant because it will not tend to make any fact more or less probable and it would be without the testimony, and the subject of the testimony is of no consequence in determining the issue pending before the Court. | | |
| 12:20–22 | FRE 401; this testimony is not relevant because it will not tend to make any fact more or less probable and it would be without the testimony, and the subject of the testimony is of no consequence in determining the issue pending before the Court. | | |

### D. Arthur Thomas IV

| Page/Line | Objection/Counter-Designation | Sustained | Overruled |
|---|---|---|---|
| 68:19–69:17 | FRE 401; this testimony is not relevant because it will not tend to make any fact more or less probable and it would be without the testimony, and the subject of the testimony is of no consequence in determining the issue pending before the Court. | | |

E.  Mark Tippets

| Page/Line | Objection/Counter-Designation | Sustained | Overruled |
|---|---|---|---|
| 46:2–22 | FRE 401; this testimony is not relevant because it will not tend to make any fact more or less probable and it would be without the testimony, and the subject of the testimony is of no consequence in determining the issue pending before the Court. | | |
| 40:9–19 | FRE 401; this testimony is not relevant because it will not tend to make any fact more or less probable and it would be without the testimony, and the subject of the testimony is of no consequence in determining the issue pending before the Court. | | |

Dated: February 23, 2022                Respectfully submitted,

By: */s/ Jared G. LeBlanc*
Jared G. LeBlanc
Texas Bar No.24046279
jleblanc@gamb.com
Adam J. Russ
Texas Bar No. 24109435
aruss@gamb.com
Brandon A. O'Quinn
Texas Bar No. 24092914
boquinn@gamb.com

GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS & EAGAN, LLC
2229 San Felipe, Suite 1100
Houston, Texas 77019
713.333.5500

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon Defendants, by and through their counsel of record, electronically on February 23, 2022.

*/s/ Jared G. LeBlanc*
Jared G. LeBlanc