THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WHITNEY BILYEU, individually and as Chair of the LIBERTARIAN PARTY OF TEXAS; MARK ASH; STEPHANIE BERLIN; JOE BURNES; ARTHUR DIBIANCA; KEVIN HALE; DESARAE LINDSEY; ARTHUR THOMAS IV; MARK TIPPETTS; and LIBERTARIAN PARTY OF TEXAS, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOHN B. SCOTT, in his official capacity as the Secretary of State of the State of Texas, and JOSE A. "JOE" ESPARZA, in his official capacity as the Deputy Secretary of State of the State of Texas, <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § § § § | NO. 1:21-CV-01089-RP |

## Notice of Change of Law Firm Affiliation & Address

Plaintiffs notify the Court and counsel that their attorneys' law firm affiliation has changed. Please send all notices and correspondence to:

>Jared G. LeBlanc
>jleblanc@leblancflanery.com
>Brandon A. O'Quinn
>boquinn@leblancflanery.com
>
>LeBlanc Flanery PLLC
>2929 Allen Parkway
>Suite 200
>Houston, Texas 77019
>346-315-1150

* * *

| | |
|---|---|
| Dated: March 7, 2023 | Respectfully submitted, |

By: */s/ Jared G. LeBlanc*
    Jared G. LeBlanc
    Texas Bar No. 24046279
    jleblanc@leblancflanery.com

**Attorney-In-Charge**

**OF COUNSEL:**

Brandon A. O'Quinn
Texas Bar No. 24092914
boquinn@leblancflanery.com

LEBLANC FLANERY PLLC

2929 Allen Parkway, Suite 200
Houston, Texas 77019
(346) 315-1150

**Attorneys for Plaintiffs**

## Certificate of Service

    I certify that a true and correct copy of this *Notice of Change in Law Firm Affiliation and Address* was forwarded to all counsel of record by electronic service on March 7, 2023.

*/s/ Jared G. LeBlanc*
Jared G. LeBlanc
