IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WHITNEY BILYEU, *individually and as Chair of the Libertarian Party of Texas*; MARK ASH; STEPHANIE BERLIN; JOE BURNES; ARTHUR DIBIANCA; KEVIN HALE; DESARAE LINDSEY; ARTHUR THOMAS IV; MARK TIPPETTS; and LIBERTARIAN PARTY OF TEXAS, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN B. SCOTT, *in his official capacity as the Secretary of State of the State of Texas*, and JOSE A. "JOE" ESPARZA, *in his official capacity as the Deputy Secretary of State of the State of Texas*, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § | 1:21-CV-1089-RP |

## ORDER

Before the Court is Defendants' joint motion to continue and abate the case pending the Texas state legislature's consideration of proposed bills that may change the challenged laws at issue. For good cause shown, the Court finds that the motion, (Dkt. 52), should be **GRANTED**.

**IT IS ORDERED** that this case is **ABATED** until August 1, 2023, and the agreed scheduling order, (Dkt. 44), is **VACATED**. The bench trial set for September 5, 2023, is **CONTINUED**. The parties shall file an update on **August 1, 2023**, regarding the status of the case and every two months thereafter until a new scheduling order is in place.

**SIGNED** on May 1, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE