THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WHITNEY BILYEU, individually and as Chair of the LIBERTARIAN PARTY OF TEXAS; MARK ASH; STEPHANIE BERLIN; JOE BURNES; ARTHUR DIBIANCA; KEVIN HALE; DESARAE LINDSEY; ARTHUR THOMAS IV; MARK TIPPETTS; and LIBERTARIAN PARTY OF TEXAS, § § § § § § § § § | | |
| *Plaintiffs*, § | | NO. 1:21-CV-01089-RP |
| § | | |
| v. § | | |
| § | | |
| JOHN B. SCOTT, in his official capacity as the Secretary of State of the State of Texas, and JOSE A. "JOE" ESPARZA, in his official capacity as the Deputy Secretary of State of the State of Texas, § § § § § § | | |
| *Defendants.* § | | |

### Status Report & Request for Scheduling Conference

The Court abated the case and ordered the parties to file a status report every two-months, beginning August 1, until a new scheduling order is in place. (*See* Dkt. 53.) Plaintiffs' and Defendants' lead attorneys conferred by phone on the status. Plaintiffs prepared this *Status Report & Request for Scheduling Conference*; Defendants approved it prior to filing.

The Parties report and request:

1. Within the next 30 days, Plaintiffs intend to amend their pleading to account for the changes to the law that came out of the 88th Legislative Session.

2. Plaintiff intends to seek a preliminary injunction based on their amended pleading and will ask the Court for a hearing on that application, preferably sometime in mid-October through early November.

3. The parties ask the Court to hold a telephonic scheduling conference to set the hearing date, discovery procedures, and a briefing schedule. Counsel for Defendants is unavailable the week of August 14th, due to another court setting.

* * *

Dated: August 1, 2023                                          Respectfully submitted,


                                                                                                By: */s/ Jared G. LeBlanc*  
                                                                                                       Jared G. LeBlanc  
                                                                                                       Texas Bar No. 24046279  
                                                                                                       jleblanc@leblancflanery.com

**Attorney-In-Charge**

**OF COUNSEL:**

Brandon A. O'Quinn
Texas Bar No. 24092914
boquinn@leblancflanery.com

L<small>E</small>B<small>LANC</small> F<small>LANERY</small> PLLC

2929 Allen Parkway, Suite 200
Houston, Texas 77019
(346) 315-1150

**Attorneys for Plaintiffs**


**Certificate of Service**

I certify that a true and correct copy of this *Status Report & Request for Scheduling Conference* was forwarded to all counsel of record by electronic service on August 1, 2023.


                                                                                                          */s/ Jared G. LeBlanc*  
                                                                                                          Jared G. LeBlanc