THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WHITNEY BILYEU, individually and as Chair of the LIBERTARIAN PARTY OF TEXAS; MARK ASH; STEPHANIE BERLIN; JOE BURNES; ARTHUR DIBIANCA; KEVIN HALE; DESARAE LINDSEY; ARTHUR THOMAS IV; MARK TIPPETTS; and LIBERTARIAN PARTY OF TEXAS,<br><br>*Plaintiffs,*<br><br>v.<br><br>JOHN B. SCOTT, in his official capacity as the Secretary of State of the State of Texas, and JOSE A. "JOE" ESPARZA, in his official capacity as the Deputy Secretary of State of the State of Texas,<br><br>*Defendants.* | NO. 1:21-CV-01089-RP |

## Status Report

The Court abated the case and ordered the parties to file a status report every two-months, beginning August 1, until a new scheduling order is in place. (*See* Dkt. 53.) Plaintiffs' and Defendants' lead attorneys conferred by email on the case status. Plaintiffs prepared this *Status Report*; Defendants approved it prior to filing.

The Parties report and request:

1. Within the next 5 days, Plaintiffs intend to amend their pleading to account for the changes to the law that came out of the 88th Legislative Session.

2. Plaintiffs intend to seek a preliminary injunction based on their amended pleading and will ask the Court for a hearing on that application.

\* \* \*

| | |
|---|---|
| Dated: October 2, 2023 | Respectfully submitted, |

                                    By: */s/ Jared G. LeBlanc*
                                         Jared G. LeBlanc
                                         Texas Bar No. 24046279
                                         jleblanc@leblancflanery.com

                                    **Attorney-In-Charge**

**OF COUNSEL:**

Brandon A. O'Quinn
Texas Bar No. 24092914
boquinn@leblancflanery.com

LeBlanc Flanery PLLC

2929 Allen Parkway, Suite 200
Houston, Texas 77019
(346) 315-1150

**Attorneys for Plaintiffs**


                                              <u>**Certificate of Service**</u>

       I certify that a true and correct copy of this *Status Report* was forwarded to all counsel of record by electronic service on October 2, 2023.

                                             */s/ Jared G. LeBlanc*
                                             Jared G. LeBlanc