THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WHITNEY BILYEU, individually and as Chair of the LIBERTARIAN PARTY OF TEXAS; MARK ASH; STEPHANIE BERLIN; JOE BURNES; ARTHUR DIBIANCA; KEVIN HALE; DESARAE LINDSEY; ARTHUR THOMAS IV; MARK TIPPETTS; and LIBERTARIAN PARTY OF TEXAS, § § § § § § § § | | |
| *Plaintiffs*, § | 1:21-CV-01089-RP | |
| v. § § § | | |
| JANE NELSON, in her official capacity as the Secretary of State of the State of Texas, and JOSE A. "JOE" ESPARZA, in his official capacity as the Deputy Secretary of State of the State of Texas, § § § § § § § | | |
| *Defendants*. § | | |

**Plaintiffs' Response to Motion to Dismiss**

Plaintiffs WHITNEY BILYEU, individually and as Chair of the LIBERTARIAN PARTY OF TEXAS; MARK ASH; STEPHANIE BERLIN; JOE BURNES; ARTHUR DIBIANCA; KEVIN HALE; DESARAE LINDSEY; ARTHUR THOMAS, IV; MARK TIPPETTS; and LIBERTARIAN PARTY OF TEXAS file their *Response to Defendants' Motion to Dismiss*.

1.  *Defendants' Motion to Dismiss* (Dkt. # 58) is the first-filed motion to dismiss. Pursuant to Local Rule CV-15 and the Court's leave, in response to Defendants' motion, Plaintiffs filed their *Fourth Amended Complaint and Application for Declaratory and Injunctive Relief*. (*See* Dkt. # 61.)

2.  Plaintiffs ask that the Court deny Defendants' motion as moot.

## Prayer

For These Reasons, Plaintiffs respectfully request that the Court DENY *Defendants' Motion to Dismiss*, enter the attached order, and grant them all relief, in law or in equity, to which they are justly entitled.

Dated: December 29, 2023

Respectfully submitted,

By: */s/ Jared G. LeBlanc*
    Jared G. LeBlanc
    Texas Bar No. 24046279
    jleblanc@leblancflanery.com

**Attorney-In-Charge**

**OF COUNSEL:**

LeBlanc Flanery PLLC

2929 Allen Parkway, Suite 200
Houston, Texas 77019
(346) 315-1150

**Attorneys for Plaintiffs**

## **Certificate of Service**

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon Defendants, by and through their counsel of record, electronically through the Clerk's ECF system on December 29, 2023.

*/s/ Jared G. LeBlanc*
Jared G. LeBlanc
