THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WHITNEY BILYEU, individually and as Chair of the LIBERTARIAN PARTY OF TEXAS; MARK ASH; STEPHANIE BERLIN; JOE BURNES; ARTHUR DIBIANCA; KEVIN HALE; DESARAE LINDSEY; ARTHUR THOMAS IV; MARK TIPPETTS; and LIBERTARIAN PARTY OF TEXAS, <br><br> *Plaintiffs,* <br><br> v. <br><br> JANE NELSON, in her official capacity as the Secretary of State of the State of Texas, and JOSE A. "JOE" ESPARZA, in his official capacity as the Deputy Secretary of State of the State of Texas, <br><br> *Defendants.* | 1:21-CV-01089-RP |

**Order**

Pending before the Court is *Defendants' Motion to Dismiss* (Dkt. # 58). Plaintiffs have filed their *Fourth Amended Complaint and Application for Declaratory and Injunctive Relief* (Dkt. # 61) pursuant to Local Rule CV-15 and the Court's prior orders granting Plaintiffs additional time to respond.

The *Motion to Dismiss* (Dkt. # 58) is DENIED as moot.

SIGNED on _____, 2024, at Austin, Texas.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE