# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| Whitney Bilyeu, et al § | |
| vs. § | CIVIL NO: |
| § | AU:21-CV-01089-RP |
| Jose A. Esparza, et al § | |
| § | |

## ORDER RESETTING BENCH TRIAL

    IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **BENCH TRIAL** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Monday, November 03, 2025 at 09:30 AM**.

    IT IS SO ORDERED this 20th day of December, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE