FILED
February 18, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Julie Golden_____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WHITNEY BILYEU, *individually and as Chair of the Libertarian Party of Texas*; MARK ASH; STEPHANIE BERLIN; JOE BURNES; ARTHUR DIBIANCA; KEVIN HALE; DESARAE LINDSEY; ARTHUR THOMAS IV; MARK TIPPETTS, and LIBERTARIAN PARTY OF TEXAS, <br><br>*Plaintiffs*, <br><br>v. <br><br>JOHN B. SCOTT, *in his official capacity as the Secretary of State of the State of Texas*, and JOSÉ A. ESPARZA, *in his official capacity as the Deputy Secretary of State of the State of Texas*, <br><br>*Defendants*. | CIVIL ACTION NO. 1:21-cv-01089-RP |

## ORDER FURTHER EXTENDING
## DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES

Before the Court is the Parties' Joint Motion to Further Extend Discovery and Dispositive Motions Deadlines (ECF No. 85). After due consideration of the Joint Motion and applicable law, the Court finds that there is good cause and the Parties' Joint Motion should be, and hereby is, GRANTED. The Court ORDERS as follows:

1. The Parties shall complete all discovery on or before March 21, 2025;

2. The Parties shall file any dispositive motions on or before April 18, 2025;

3. During discovery, Defendants may not propound new written discovery requests to any of Plaintiffs Mark Ash, Stephanie Berlin, Joe Burns, Arthur Dibianca, Kevin Hale, Arthur Thomas IV, and Mark Tippetts;

4. During discovery, Plaintiffs may not propound new written discovery requests to any Defendant;

5. Plaintiffs must respond to Defendants' interrogatories and requests for production that have already been served as of the date of this Motion's filing on or before February 24, 2025;

6. Plaintiffs must produce a deponent who is qualified to testify on behalf of Plaintiff the Libertarian Party of Texas, as permitted by Fed. R. Civ. P. 30(b)(6), no earlier than March 4, 2025, and no later than March 21, 2025;

7. Nothing in this Order prohibits a party from responding to discovery.

**SO ORDERED**       February 18              , 2025.

*[signature]*
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE