IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WHITNEY BILYEU, MARK ASH, STEPHANIE BERLIN, JOE BURNES, ARTHUR DIBIANCA, KEVIN HALE, DESARAE LINDSEY, ARTHUR THOMAS IV, MARK TIPPETTS, and LIBERTARIAN PARTY OF TEXAS, <br><br> Plaintiffs, <br><br> v. <br><br> JOSE A. ESPARZA, *in his official capacity as the Deputy Secretary of State of the State of Texas*, and JOHN B. SCOTT, *in his official capacity as the Secretary of State of the State of Texas*, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § | 1:21-CV-1089-RP |

**FINAL JUDGMENT**

On this date, the Court entered an order granting Defendants' motion for summary judgment and dismissing Plaintiffs' claims. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on August 5, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE